UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERAUD DARNIS, et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 3:20-cv-1171-VLB<br>)<br>)<br>)<br>)<br>)<br>) |

**TABLE OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| Ex. A | United Technologies Corp. Long-Term Incentive Plan: Amended and restated effective April 28, 2014 |
| Ex. B | United Technologies Corp. 2018 Long-Term Incentive Plan |
| Ex. C | How the Spinoffs and Merger Affect My LTIP Awards |
| Ex. D | Raytheon Technologies Corp. SEC Form 8-K (dated May 29, 2020) |
| Ex. E | United Technologies Corp. Long-Term Incentive Plan: Stock Appreciation Right Schedule of Terms (Rev. January 2016) |
| Ex. F | United Technologies Corp. Savings Restoration Plan (executed July 16, 2018) |
| Ex. G | United Technologies Corp. LTIP Performance Share Unit Deferral Plan |
| Ex. H | United Technologies Corp. Deferred Compensation Plan (as amended and restated effective January 1, 2005) |
| Ex. I | United Technologies Corp. Company Automatic Contribution Excess Plan (dated January 1, 2010) |