UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERAUD DARNIS, DAVID HESS,
MICHAEL MAURER, RICHARD SANFREY,
DINO DEPELLEGRINI, BRADLEY
HARDESTY, DAVID CARTER, ROY
DION, ALAN MACHUGA, THERESA
MACKINNON, CHRISTOPHER DOOT,
AND COSTAS LOUKELLIS,

    *Plaintiffs*

V.     3:20-cv-01171-SRU

RAYTHEON TECHNOLOGIES CORPORATION,
CARRIER GLOBAL CORPORATION,
OTIS WORLDWIDE CORPORATION,

    *Defendants*

## JUDGMENT

This action came on for consideration on defendants' motions to dismiss (Doc. Nos. 107 and 108) before the Honorable Stefan R. Underhill, United States District Judge. The Court, having reviewed all papers filed in conjunction with the motion to dismiss, entered an order on September 30th, 2022 (Doc. No. 122) granting the motion for the reasons stated in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of October 2022.

    DINAH MILTON KINNEY, Clerk

    By:   /s/ Julia Reis
    Deputy Clerk

EOD: 10/4/2022