# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERAUD DARNIS, DAVID HESS, MICHAEL MAURER, RICHARD SANFREY, DINO DEPELLEGRINI, BRADLEY HARDESTY, DAVID CARTER, ROY DION, ALAN MACHUGA, THERESA MACKINNON, CHRISTOPHER DOOT and COSTAS LOUKELLIS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, CARRIER GLOBAL CORPORATION, OTIS WORLDWIDE CORPORATION<br><br>*Defendants.* | Civil Action No.:<br><br>3:20-CV-1171 (SRU)<br><br><br><br><br><br><br><br>October 26, 2022 |

## NOTICE OF APPEAL

Notice is hereby given that Geraud Darnis, David Hess, Michael Maurer, Richard Sanfrey, Dino DePellegrini, Bradley Hardesty, David Carter, Roy Dion, Alan Machuga, Theresa MacKinnon, Christopher Doot and Costas Loukellis, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit the court's Ruling on Defendants' Motions to Dismiss [ ECF 122], by which the court dismissed all of Plaintiffs' claims and subsequently entered final Judgment against them and in favor of all Defendants on October 4, 2022 [ECF 123].

-2-

Dated: October 26, 2022      Respectfully submitted,

                */s/ Craig A. Raabe*
                Craig A. Raabe (ct04116)
                Robert A. Izard (ct01601)
                Douglas P. Needham (ct29433)
                IZARD KINDALL & RAABE LLP
                29 South Main Street, Suite 305
                West Hartford, CT 06107
                T: (860) 493-6292
                F: (860) 493-6290
                craabe@ikrlaw.com
                rizard@ikrlaw.com
                dneedham@ikrlaw.com
                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I, hereby certify that on October 26, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                */s/ Craig A. Raabe*
                Craig A. Raabe (ct04116)